JOHN L. BAKER, respondent,

*v.*

MARGARET BAKER, appellant.

[Submitted July 13th, 1917.　Decided November 19th, 1917.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes.

*Mr. James Mercer Davis,* for the appellant.

*Messrs. Runyon & Autenreith,* for the respondent.

PER CURIAM.

This appeal is taken from a decree *nisi* made by the court of chancery in favor of the petitioner below, granting a divorce on the ground of desertion.

The original petition was filed June 8th, 1915, and the hearing was on the pleadings as they stood, which were petition, answer and cross-petition. The cross-petitioner charged the petitioner with being a resident of the State of New Jersey.

After the court had rendered its opinion, to the effect that a decree for the petitioner would be made and the cross-petition dismissed, the defendant came into court on a rehearing on which the defendant desired to make proof that the petitioner was not a resident of the State of New Jersey. After this hearing, which was solely on the question of residence, the court again decided that the petitioner was entitled to his decree, as the proofs showed him to be a resident, and, consequently, the decree *nisi* was entered.

The petition of appeal presents only the question of residence, as to which we concur in the conclusions reached by the learned vice-chancellor.

The decree of the court below is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS—11.

*For reversal*—None.